**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: ANTHONY D. POTTER
315 WILLARD AVE.
ROCKFORD, IL  61101

SSN-xxx-xx-5893

Case Number: 06-71000

Case filed on: 6/13/2006
Plan Confirmed on: 12/15/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,721.36          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,298.38 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,298.38 | 0.00 |
| 999 | ANTHONY D. POTTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 300.00 | 300.00 | 87.24 | 27.28 |
| 002 | CITIMORTGAGE INC | 4,362.72 | 0.00 | 0.00 | 0.00 |
| 003 | ELITE MOTORS | 11,900.00 | 11,900.00 | 2,373.28 | 672.51 |
|  | Total Secured | 16,562.72 | 12,200.00 | 2,460.52 | 699.79 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ELITE MOTORS | 388.00 | 388.00 | 0.00 | 0.00 |
| 004 | NATIONAL CAPITAL MANAGEMENT LCL | 444.78 | 444.78 | 0.00 | 0.00 |
| 005 | ASPIRE VISA | 1,102.93 | 1,102.93 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 817.78 | 817.78 | 0.00 | 0.00 |
| 007 | B-LINE LLC | 1,122.13 | 1,122.13 | 0.00 | 0.00 |
| 008 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITIZENS FINANCE | 2,191.98 | 2,191.98 | 0.00 | 0.00 |
| 011 | FINANCIAL MANAGEMENT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LEGACY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MONCO SERVICES INC | 86.50 | 86.50 | 0.00 | 0.00 |
| 014 | NICOR GAS | 1,262.14 | 1,262.14 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 4,211.17 | 4,211.17 | 0.00 | 0.00 |
| 016 | ROCKFORD UROLOGICAL ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GENEVA POTTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,627.41 | 11,627.41 | 0.00 | 0.00 |
|  | Grand Total: | 31,190.13 | 26,827.41 | 3,758.90 | 699.79 |

Total Paid Claimant:     $4,458.69
Trustee Allowance:       $262.67
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan